Maria E. FERJAOUI, Plaintiff–
Appellant

v.

Cari M. DOMINGUEZ, Chairlady, United States Equal Employment Opportunity Commission, Defendant–Appellee.

No. 07–50759
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2008.

Joe A. Gamez, Law Office of Joe Gamez, San Antonio, TX, for Plaintiff–Appellant.

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM: *

After reviewing the record and considering the briefs of the parties, we are satisfied the district court committed no reversible error. Therefore we affirm the district court judgment, essentially for the reasons assigned in the district court's careful May 17, 2007 order.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.